UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-0213 WBS |
| Plaintiff, | ) | |
| v. | ) | |
| Stephanie Nicole PETERSON, | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(X) Ad Prosequendum           ( ) Ad Testificandum

Name of Detainee:        Stephanie Nicole PETERSON, X-Ref. No. 2940679
Detained at (custodian): Sacramento County Main Jail
                         651 I Street
                         Sacramento, California 95814

Detainee is:    a.)   (X) charged in this district by:  (X) Indictment  ( ) Information  ( ) Complaint
                        charging detainee with: sex trafficking of a minor.
        or      b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
        or      b.)   (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California to face prosecution on a sex trafficking indictment in Case No. 2:09-cr-0213 WBS.*

Signature:               /s/ Jason Hitt
Printed Name & Phone No: Jason Hitt  916-554-2751
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

___

Detainee:                Stephanie Nicole PETERSON, X-Ref. No. 2940679        ___Male   _X_Female
Detained at (custodian): Sacramento County Main Jail
Facility Address:        651 I Street
                         Sacramento, California 95814
Facility Phone:          (916) 874-6752

### RETURN OF SERVICE

Executed on _____        By: _____